In re: **HYATT LAND DEVEL-OPMENT CORPORA-TION, Debtor.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Albert Bos, Appellant,

v.

Donald G. Webber, Jr.; Hyatt Land Development Corporation; U.S. Trustee, Appellees.

No. 00–55986.

D.C. No. CC–99–01569–Me–BMa.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 7, 2001.

Decided Jan. 2, 2002.

Before GOODWIN, WALLACE and THOMAS, Circuit Judges.

MEMORANDUM *

Albert Bos appeals from a decision of the Bankruptcy Appellate Panel affirming the bankruptcy court's dismissal of a motion to disgorge a trust. After careful consideration of the briefs, record and oral arguments, we affirm for the reasons stated in the decision of the Bankruptcy Appellate Panel.

**AFFIRMED.**

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.